JAMES A. TILLMAN et al., Appellants, *v.* NATIONAL CITY
BANK OF NEW YORK, Defendant, and GUARANTY
TRUST COMPANY OF NEW YORK, Respondent.

Argued December 8, 1937; decided January 11, 1938.

664

*Borris M. Komar* for appellants.

*Samson Selig, Abraham J. Multer* and *William F. Roche* for Julia L. Friede, *amicus curiæ.*

*Joseph Day Lee* and *Samuel L. Scholer* for Jesse C. Millard et al., *amici curiæ.*

*Ralph M. Carson, Francis W. Phillips* and *J. Paschall Davis* for respondent.

*Philip A. Carroll* and *Otey McClellan* for National City Bank of New York, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.